**Opinion issued May 21, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————————

## NO. 01-15-00233-CV

———————————————

**EL AHORRO PROPERTIES, LLC, ADVENTURE SUPERMARKETS, LLC AND ROSARA INVESTMENTS, LLC, Appellants**

**V.**

**AYDA MARTINEZ, Appellee**

---

**On Appeal from the 189th District Court**
**Harris County, Texas**
**Trial Court Case No. 2014-57358**

---

## MEMORANDUM OPINION

The parties have filed a joint motion to dismiss the appeal. No opinion has issued. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Huddle, and Lloyd.